# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FERNANDO SHAH

PETITIONER

ALPINE COUNTY SUPERIOR COURT                              In Pro Se

RESPONDENT

---

## RE: PETITION FOR WRIT / HABEUS CORPUS

CASE STATEMENT

On October 7, 2012 California State Traffic Amnesty was granted to the plaintiff in Sacramento County Superior Court proceedings for infractions of the California State Vehicle Code.

During the month of April, 2015; Citations for vehicle infractions were issued in Alpine County, despite approval to the California State Amnesty Program. Resulting in an arrest, and vehicle impound (Alpine County Superior Court Case Number M15 0565).

Under Title 42 USCA Section 1983, any questionable process in accordance with chaptered regulations with leave to amend can be presented before the District Court for propriety and resolve. The Superior Court findings did not comply with the State's Amnesty order (GC Services file #10310544) to remand garnishment of the vehicle, and the costs of its impound.

Plaintiff asks this petition be approved

Dated
January 17, 2021

Signed,
Fernando Shah

POINTS AND AUTHORITIES

Warrantless Searches and Seizures affords room to vacate police or public records, by means of statute, state pardons, and other appellate court findings... no adequate solution or remedy was afforded to the plaintiff; resulting in vehicle loss, incarceration, and continued Superior Court restitutions. This petition is being submitted in pro se en lieu of criminal findings listed to (CLETS).

The Traffic Amnesty Program was valid through September 2015-17.

DOCUMENTS ENCLOSED

California DMV Investigations Form

Alpine County Pre Trial Conference Notice

Alpine County Minute Order

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALPINE

Honorable, **THOMAS D. KOLPACOFF**, Judge      Date: August 04, 2017

FERNANDO SHAW,
                     Petitioner,

vs.

Superior Court of California, Alpine County
Superior Court, Traffic Division,
                     Respondent,

| NATURE OF PROCEEDINGS: | **MINUTE ORDER** | CASE NO.: **L-17-1004** |

The Court caused the following Minute Order to be entered into the record.

The Petition for Writ filed August 3, 2017, fails to state a prima facie case and is therefore, summarily denied.

The Court hereby directs the clerk to serve a copy of this Minute Order to each party.

**BY ORDER OF THE COURT**

By: _____, Deputy

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party to this cause and that a true copy of this document was mailed first class, postage prepaid, in a sealed envelope, by inter-office mail, or hand delivered as shown below:

Date: __8-4-__, 2017     By: _____, Deputy

FERNANDO SHAH
2118 E. WEBER AVENUE
STOCKTON, CA 95205

14777 State Route 89
P.O. Box 518
Markleeville, CA 96120

**SUPERIOR COURT OF CALIFORNIA**
**IN AND FOR THE COUNTY OF ALPINE**

PHONE (530) 694-2113

| The People of the State of California vs FERNANDO ALAN SHAH | M-15-0565 8:30 AM PreTrial Conference |
|---|---|

05/08/2017
Heard By: Meyer, Richard D
Courtroom Reporter: Jean Whitham
Bailiff: Timothy Mazzoni

Location: Department 2
Courtroom Clerk: Ann Greth
Probation Officer: Gordon Morse

**Parties Present:**

| ACEVEDO, ERIC R. | Attorney |
| ATWELL, MICHAEL NEAL | District Attorney |
| SHAH, FERNANDO ALAN | Defendant |
| The People of the State of California | Plaintiff |

**Future Hearings:**

August 21, 2017 8:30 AM Review Hearing for Proof of Completion of Community Work Service
Meyer, Richard D
Department 2

---

- Mr. Acevedo advises the Court that Defendant will be entering a no contest plea to Count I, and admitting prior.
Mr. Acevedo reports Defendant has obtained a valid driver's license.
Remaining counts to be dismissed and Counsel will be free to argue sentencing.
Defendant advised a no contest plea results in guilty finding on facts.
Defendant admits to prior allegation as reflected on the Criminal Complaint.
Mr. Atwell requests fine be imposed pursuant to Uniform Bail and Penalty Schedule; is satisfied with the four days jail served by Defendant.
Defendant addresses the Court regarding difficulties arranging transportation to Court from Stockton.
Defendant to pay $500.00 of fine amount in monthly payments at the rate of $75.00 per month commencing June 1, 2017.
Based upon Defendant's representation of his financial situation, the Court will allow Defendant to perform 50 hours community work service to satisfy remaining $1,824.00 of fine.
Defendant may perform community work service in San Joaquin County.

cc: District Attorney, Public Defender, Defendant, Probation

- Advisement of Rights, Waiver & Plea Form Filed
- Court Found Plea Was Knowledgeable, Intelligently Made
- Defense Counsel Concurred in Defendants Plea or Admission
- Time Waived; by Defendant for sentencing
- Community service granted; 50 hours
- Filed Probation Order
- Probation Advisal; signed and filed

---

Plea Date: May 08, 2017
    001. VC14601.1(a)- M -Driving When Privilege Is Suspended or Revoked With Prior
    Plea: No Contest



# RECORD OF COMPLAINT FORM

**READ THE ATTACHED BROCHURE BEFORE COMPLETING YOUR COMPLAINT. NOT ALL COMPLAINTS ARE INVESTIGATED**

Instructions: Type or print the following information for the person filing the complaint and the Business/Seller the complaint is against.

**NAME (FIRST, MIDDLE INITIAL(S), LAST):** Fernando A. Shah
**STREET OR P.O. BOX:** 2118 E. Weber Avenue
**APT. NUMBER:**
**DRIVER LICENSE OR IDENTIFICATION NUMBER:** C2503435
**CITY:** Stockton
**STATE:** California
**ZIP CODE:** 95205
**DAY TELEPHONE NUMBER:** (209) 465-0172
**EVENING TELEPHONE NUMBER:** ( )
**SIGNATURE:** X Fernando Shah
**DATE:** Sept. 11, 2018

**NAME (FIRST, MIDDLE INITIAL(S), LAST):** California - Nevada Transport and Tow
**STREET OR P.O. BOX:** 1663 Forrest Way
**TELEPHONE NUMBER:** ( )
**CITY:** Carson City
**STATE:** Nevada
**ZIP CODE:** 89706

**DID YOU SEND A PREVIOUS COMPLAINT TO DMV AGAINST THIS BUSINESS/SELLER?** NO
**IF YES, WHEN?**

May we show a copy of your complaint to the business/seller? ....... ☒ Yes ☐ No

If the transaction occurred at a location different than the business address above, please list it here.

**STREET OR P.O. BOX:** # I-Lien P.O. Box 2135
**CITY:** Shingle Springs
**STATE:** California
**ZIP CODE:** 95682-9?

Type the license plate number and vehicle identification number as they are shown on the contract between the buyer and seller. Enter the purchase date (same as when the contract was signed).

**YEAR:** 2007
**MAKE:** Honda
**MODEL:** Civic
**LICENSE PLATE NUMBER:** 6ADV197
**STATE:** California
**VEHICLE IDENTIFICATION NUMBER (VIN):** 2HGFG12647H551682
**PURCHASE DATE:** September 12th, 2009

After, completion and Eligibility for/and California State Vehicle Amnesty; My vehicle was not returned to me, and moved out of state

SEE OTHER SIDE FOR ADDITIONAL SPACE AND INFORMATION

INV 172A (REV. 6/2013)

PS. After receiving payment & Court Clearances Woodfords/J-Lien Company have refused to return my vehicle & personal belongings that were in the car.
I was not notified that WOODFORDS TOW lost their business.

To help explain the details of your complaint, **YOU MUST SUPPLY PHOTOCOPIES OF THOSE DOCUMENTS RELATED TO YOUR COMPLAINT.** (Include: contracts, warranties, receipts, cancelled checks, repair orders, photographs, letters)

—DO NOT SEND ORIGINAL DOCUMENTS—

PHOTOCOPY THE COMPLETED COMPLAINT. KEEP A COPY FOR YOUR RECORDS.

- Mail the complaint and copies of supporting documents to the Investigations Office closest to where the incident took place (see list below).

**FAILURE TO SEND SUPPORTING DOCUMENTS MAY DELAY RESPONSE TO YOUR COMPLAINT**

| CITY | STREET ADDRESS | ZIP CODE |
|---|---|---|
| Artesia | 17100 South Pioneer Boulevard, Ste. 320 | 90701-2762 |
| Artesia (South Bay) | 17100 South Pioneer Boulevard, Ste. 320 | 90701-2762 |
| Bakersfield | 7000 Schirra Court | 93313-2117 |
| Brisbane | 150 North Hill Drive, Ste. 29 | 94005-1025 |
| Chula Vista | 30 North Glover Avenue | 91910-1040 |
| El Monte | 3204 Rosemead Boulevard, Ste. 202 | 91731-2912 |
| Fresno | 2510 South East Avenue, Ste. 100B | 93706-8007 |
| Milpitas | 860 Hillview Court, Ste. 100 | 95035-4567 |
| Mission Hills (Granada Hills) | 15455 San Fernando Mission Blvd., Ste. 305 | 91345-1353 |
| Los Angeles (Culver City) | 11400 West Washington Boulevard | 90066-6089 |
| Los Angeles (LA Metro) | 3615 South Hope Street | 90007-4370 |
| Los Angeles (Lincoln Park) | 3529 North Mission Road | 90031-3120 |
| Riverside | 6296 Rivercrest Drive, Ste. A | 92507-0738 |
| Rocklin | 4240 Rocklin Road, Ste. 11 | 95677-2862 |
| Orange | 750 The City Drive, Ste. 200 | 92868-6902 |
| Sacramento | 8259 Demetre Avenue, MS/L219 | 95828-0932 |
| San Diego | 4375 Derrick Drive | 92117-4990 |
| San Diego (Mission Valley) | 2878 Camino Del Rio South, Ste. 310 | 92108-3847 |
| Stockton | 1507 East March Lane, Ste. B | 95210-5625 |
| Vallejo | 200 Couch Street | 94590-2904 |
| Ventura | 1732 Palma Drive, Ste. 202 | 93003-5717 |
| West Covina | 800 South Glendora Avenue, Rm-100 | 91790-4201 |

INV 172A (REV. 6/2013)

United States District Court

January 17, 2021

Northern District of California

450 Golden Gate Street

San Francisco, California 94102

RECEIVED

JAN 2 5 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To whom it may concern,

The purpose of this letter is to petition for a Writ of Habeas Corpus; to clear an unwarranted vehicle impound and garnishment that occurred in Alpine County.

The facts are simple… after being granted approval to the State's Amnesty program I was again detained for the same infractions pardoned by Sacramento County Superior Court (GC Services file #6413587).

I am seeking review and approval of this petition to clear the arrest records that were posted through CLETS and Chaptered State Vehicle Codes.

Dated
January 17, 2021

Signed,
Fernando Shah

Alpine County Superior Court Case M 15 0565

California Appellate Review Number L 17 1004

DMV Case Number 18C4L 27553

P. Shah
2110 E. Whitmore
Stkn, CA
95205

SACRAMENTO CA 957
30 JAN 2021 PM 4 L

RECEIVED
FEB 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-348999

Attn: Office of the Clerk
U S District Court
Northern District of CA
450 Golden Gate Ave
San Francisco, CA
94102